UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 0 5 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

---

UNITED STATES OF AMERICA : **I N F O R M A T I O N**

v. : Criminal No. 05-CR-432

**TARIQ GUJAR,** : [VIO: 26 U.S.C. § 7202]

        Defendant. :

---

### COUNT 1

**THE UNITED STATES ATTORNEY CHARGES:**

On or about the 30th day of April, 2000, in the Northern District of New York, defendant, TARIQ GUJAR, a resident of Kingston, New York, who conducted a business as a corporation under the name and style of Aerostar Petroleum, Inc., with its principal place of business in Kingston, New York, did willfully fail to collect and pay over to the Internal Revenue Service his employees federal income taxes and Federal Insurance Contribution Act taxes for the first quarter of the year 2000, ending March 31, 2000.

In violation of Title 26, United States Code, Section 7202.

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: /s/ William Pericak

William C. Pericak
Assistant U.S. Attorney
Patrick M. Pericak
Trial Attorney
U.S. Dept. of Justice Tax Division