UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

TARIQ GUJAR

Case No. 05-CR-342 (DNH)

CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2006 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Offfice of Dennis B. Schlenker
   174 Washington Avenue
   Albany, NY 12210
   Email: badger@albany.net

/s/ William C. Pericak

William C. Pericak